IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| MARK N. WOODS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 307-030 |
| | ) | |
| W.A. HARRELL, Laurens County Sheriff; | ) | |
| RYAN TAYLOR, Captain/Jail | ) | |
| Administrator; DONNELLA PEACOCK, | ) | |
| Sergeant/Assistant Administrator; and | ) | |
| LUCILLE VAUGHN, Chief Nurse; | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's request for entry of default judgment is **DENIED**.

SO ORDERED this 23rd day of January, 2007.

*/s/ John F. Nangle*
JOHN F. NANGLE
UNITED STATES DISTRICT JUDGE