IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| MARK N. WOODS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 307-030 |
| | ) |
| W.A. HARRELL, Laurens County Sheriff; | ) |
| RYAN TAYLOR, Captain/Jail | ) |
| Administrator; DONNELLA PEACOCK, | ) |
| Sergeant/Assistant Administrator; and | ) |
| LUCILLE VAUGHN, Chief Nurse; | ) |
| | ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's requests for entry of default and default judgment are **DENIED** (doc. nos. 24, 25) and Plaintiff's motion for summary judgment is **DENIED** without prejudice (doc. no. 26).

SO ORDERED this 21 day of April, 2008.

JOHN F. NANGLE
UNITED STATES DISTRICT JUDGE