IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| MARK N. WOODS, | ) |
| Plaintiff, | ) |
| v. | ) CV 307-030 |
| W.A. HARRELL, Laurens County Sheriff, et al., | ) |
| Defendants. | ) |

# ORDER

Before the Court are two Report and Recommendations in the above-captioned case (Docs 83 & 91). After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendations, to which no objections have been filed. Accordingly, the Report and Recommendations of the Magistrate Judge are **ADOPTED** as the opinions of the Court. Therefore, Plaintiff's request for entry of default/default judgment is **DENIED** (Doc. 62), and Plaintiff's motion for a temporary restraining order is **DENIED** (Docs. 79-1, 79-2). Further, Defendants' motion for summary judgment (Doc. 61) is **GRANTED**, Plaintiff's motion for summary judgment (Doc. 49) is **DENIED**, and this civil action is **CLOSED**.

**SO ORDERED** this 30th day of Sept., 2008.

_____
UNITED STATES DISTRICT JUDGE